# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| ROBERT FAGNANT AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LINDA FAGNANT, <br><br> PLAINTIFF, <br><br> vs. <br><br> SSC SUMTER EAST OPERATING COMPANY, LLC D/B/A SUMTER EAST HEALTH AND REHABILITATION CENTER, PAUL GRANGER, AND JOHN AND JANE DOES 1-10, <br><br> DEFENDANTS. | C.A. NO. 3:16-CV-03626-JMC <br><br><br><br><br><br><br> **CONSENT ORDER COMPELLING ARBITRATION** |

This matter is before the Court upon Joint Motion by the Defendants SSC Sumter East Operating Company, LLC and any John and Jane Does 1-10 employed by SSC Sumter East Operating Company, LLC (collectively, the "Defendants") and Plaintiff Robert Fagnant, as Personal Representative of the Estate of Linda Fagnant ("Plaintiff") that all claims between these parties be compelled to arbitration. Accordingly, this Court grants the requested relief in the form of this Consent Order and therefore ORDERS as follows:

1. That this case be compelled to arbitration as to the above-referenced parties seeking this relief.

IT IS SO ORDERED.

s/J. Michelle Childs
The Honorable J. Michelle Childs
United States District Judge

Dated: January 4, 2017

Columbia, South Carolina

WE SO CONSENT:

YOUNG CLEMENT RIVERS, LLP

By: *s/D. Jay Davis, Jr*
D. Jay Davis, Jr. Federal I.D. # 6723
Perry M. Buckner, IV Federal I.D. #: 11298
P.O. Box 993, Charleston, SC  29402
(843) 720-5406; jdavis@ycrlaw.com
*Attorney for the Defendant SSC Sumter East Operating Company, LLC d/b/a Sumter Health & Rehabilitation Center*

Dated: December 28, 2016

WE SO CONSENT:

By: *s/ Bradley H. Banyas*
D. Nathan Hughey, Federal I.D. # 7635
Bradley H. Banyas,    Federal I.D. #  12030
1311 Chuck Dawley Blvd., Suite 201
P.O. Box 348
Mt. Pleasant, SC 29465
(843) 881-8644; nate@hugheylawfirm.com
*Attorney for Plaintiff*

Dated: December 28, 2016