# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | |
|---|---|
| Robert Fagnant as Personal Representative of the Estate of Linda Fagnant, ) ) ) | C/A No: 3:16-cv-03626-CMC |
| Plaintiff, ) ) | **ORDER OF DISMISSAL** |
| vs. ) ) | |
| SSC Sumter East Operating Company, LLC d/b/a Sumter East Health and Rehabilitation Center and John and Jane Does 1-10, ) ) ) ) | |
| Defendants. ) ) | |

This Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice, and upon good cause shown within thirty (30) days, either party may petition the Court to reopen the action if settlement is not consummated.

    s/Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

February 7, 2018
Columbia, South Carolina